ORDERED UNSEALED on 03/25/2024 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARVIN GEOVANNY RUIZ (1),<br>GEQUON WILLIS (2),<br>Defendants. | Case No. 24mj1123-BGS<br>COMPLAINT FOR VIOLATION OF<br>Title 18, U.S.C., Sec. 2119 - Carjacking. |

The undersigned complainant being duly sworn states:

Count 1

On or about January 28, 2024, in the Southern District of California, defendants MARVIN GEOVANNY RUIZ and GEQUON WILLIS, did with the intent to cause death or serious bodily harm take a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce, that is, a 2022 Mercedes Benz Sports Utility Vehicle (SUV) with California license plate number 9AON586, from the person or presence of another by force and violence or by intimidation; in violation of Title 18, United States Code, Section 2119.

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

ANNE E. SKOMBA
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirement of Fed. R.Crim.P.4.1 by telephone on this 15th day of March 2024.

HON. BERNARD G. SKOMAL
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers and spoken with other law enforcement officers involved in the investigation. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

According to National City Police Department (NCPD) police officers' reports and body worn camera footage, the victim gave a statement to NCPD. The victim described the following: he stated he was carjacked at gunpoint by two male suspects in the evening of January 28, 2024. On that evening, the victim was driving a 2022 Mercedes Benz Sports Utility Vehicle (SUV) bearing California license plates of 9AON586, which he had rented the vehicle from Enterprise rental car company. The victim had stopped the vehicle on a street in National City and was inputting an address in his GPS in the vehicle. The victim then saw someone open the passenger door of the vehicle and point a firearm at him. Suspect 1 (S1) then told the victim to drive the vehicle. The victim drove the vehicle down a cul-de-sac and S1 told him to stop the car. A second suspect (S2) then opened the driver door and pulled the victim out of the vehicle. S2 then forced the victim into the back seat of the vehicle and both suspects drove him around, while holding him at gunpoint demanding that he give them money. The suspects eventually left the victim on the side of the road off of Proctor Valley Road. The suspects stole the vehicle, two of the victim's Apple iPhones, his wallet containing personally identifiable information (PII) and credit cards. The victim described one of the suspects (S1) as a heavy set Hispanic

male with a tattoo on the top of one of his hands. The victim described the second suspect (S2) as a Black male with dread lock style hair that came down toward eye level.

According to border crossing records, the stolen Mercedes was driven into Mexico at the San Ysidro Port of Entry (POE) on January 29, 2024 at 6:52 p.m. (Pacific Time).

Based on my training and experience and research, I am aware that Mercedes Benz is a foreign vehicle manufacturing company headquartered in Stuttgart, Germany. To my knowledge, Mercedes Benz does not operate a manufacturing plant in the state of California in the United States of America. As such, I believe the Mercedes SUV subject to the carjacking on January 28, 2024 had been transported, shipped, or receive in interstate or foreign commerce.

On February 29, 2024 at approximately 9:29 p.m., San Diego Police Department (SDPD) officers were notified by SDPD Detectives that MARVIN GEOVANNY RUIZ was in the area of 300 Euclid Avenue in San Diego, California and that RUIZ had an outstanding felony warrant for his arrest. Detectives notified officers that RUIZ was seen entering a yellow Mercedes Benz sedan with California license plate of 9JSK895. Officers observed that vehicle exit the parking lot of the Food for Less in the vicinity of 300 Euclid and observed the driver side windows had tint on them in violation of California Vehicle Code. Officers conducted a traffic stop on the vehicle and the vehicle yielded. Officers found the vehicle was occupied by four individuals, one of whom was positively identified as MARVIN RUIZ, based on a prior booking photograph. RUIZ was removed from the vehicle and placed under arrest.

Law enforcement records listed RUIZ as a Hispanic male with a height of approximately 6’, weight of 200 pounds and a tattoo on his left hand.

Investigators reviewed photos taken by SDPD officers of RUIZ following his arrest on February 29, 2024, as well as his booking photo. Investigators observed RUIZ was a heavy set Hispanic male with a tattoo on the top of his hand, matching the description provided by the carjacking victim. RUIZ's booking photo and a photo of him taken by SDPD officers are provided below:



On March 12, 2024, a NCPD detective, who is assigned to the FBI Violent Crimes Task Force (VCTF) as a Task Force Officer (TFO) reinterviewed the victim in the carjacking. A separate detective, who is uninvolved with the case, showed the victim a six pack photo array containing RUIZ. The victim positively identified S1 as MARVIN GEOVANNY RUIZ. The victim stated, "I'm a hundred percent positive that's the guy who pointed a gun at my head". The detective also showed the victim a second six pack photo array, which included a photo of GEQUON WILLIS. The victim identified WILLIS as S2 but stated S2 had longer hair during

the carjacking. The photograph used of WILLIS in the six-pack showed him with shorter hair. WILLIS's most recent booking photograph shows him with dread lock style hair that is about eye level. Furthermore, during the interview, the victim stated he remembered the Hispanic male suspect (S1) had a tattoo on the top of his hand. The victim stated the tattoo appeared fresh and dark. The victim remembered the tattoo having an "R" in it. The victim stated S1 called out to S2 and referred to S2 as "Quan" or "Keese". The victim stated the suspects also stole high end clothing that was inside of the vehicle at the time of the carjacking such as "Burberry" Sweats, "Off White" shoes, and his "Goyard" wallet. The victim described the pistol as a possible ghost gun with gold on the lower part of the magazine, the victim believed the magazine was either gold or clear, being able to see the brass ammunition.

Investigators again reviewed photos of RUIZ taken by Law Enforcement during his most recent arrest on February 29, 2024. Investigators observed that the tattoo on the top of RUIZ's hand appeared to be recently done and the tattoo began with a capital "R" for Ruiz. A photo of the tattoo is included below:



Investigators identified social media accounts for GEQUON WILLIS, which indicate he goes by the nickname “Quon”. For example, an Instagram account that appeared to bear GEQUON WILLIS’s photo had the name “itsyaboyquon2”.

On March 14, 2024, Investigators conducted a court authorized search of the black iPhone seized by local authorities from RUIZ during his arrest on February 29th. The search was conducted pursuant to a federal search warrant signed by Hon. Bernard G. Skomal. During the search, Investigators observed the following content:

There was a messaging conversation between RUIZ’s phone and a contact named “Hit The Quan” with telephone number [redacted]-1369. The two phones exchanged messages on January 28, 2024 at around 6:42 p.m., which indicated the user of “Hit The Quan” intended to pick up RUIZ that evening. At 9:38 p.m., the user of “Hit The Quan” messaged, “Go a lil

down more." Then, at 11:12 p.m., the user of "Hit The Quan" messaged RUIZ, "Save the shoes for me" with a laughing emoji. At 1:07 a.m. on January 29, "Hit The Quan" sent a video of the 2022 Mercedes Benz Sports Utility Vehicle (SUV) with California license plate number 9AON586. In the video, the person with the camera walks around the driver's side of the Mercedes to show the vehicle's license plate and ultimately, opens the driver's side door to reveal the interior of the vehicle. A hand with darker complexion can be seen opening the driver's side door and a male voice is audible in the background of the video. Still photographs taken from the video are provided below:






RUIZ responded to the video with, "We hella did that Lmao" and laughing emojis. At 7:49 a.m., the user of "Hit The Quan" responded with, "For sure we just need that car gone ASAP." The user "Hit The Quan" then

sent RUIZ's phone an online advertisement, which showed the sale price of a similar style vehicle to the stolen Mercedes. On January 31, 2024, the user of "Hit The Quan" sent RUIZ's phone a photo of the sticker inside the stolen Mercedes showing it's Vehicle Identification Number (VIN) and manufacturing information. A photograph of the messages from January 29 at 3:53 a.m. to 5:29 p.m. is attached below:




According to law enforcement records, in a September 2022 report to local police, [redacted]-1369 was recorded as the phone number for YOLANDA WILLIS, who I believe is a female relative of GEQUON WILLIS. She gave law enforcement officers the same residential address that is attributed to GEQUON in law enforcement records.

Additional open source records dated February 2024 attributed [redacted]-1369 to GEQUON WILLIS of 6821 Alvarado Rd, Apt 9, San Diego, California.

Based on my review of these messages, my training and experience in violent crimes investigations, as well as my review of the reports and information provided to me by law enforcement officers about the crime, I believe that RUIZ's message, "We hella did that" was him bragging about the successful commission of the robbery. I believe the message sent by "Hit The Quan" stating, "save the shoes for me" was a reference to the victim's "Off White" shoes, which were inside the carjacked vehicle. Furthermore, I believe the video of the Mercedes, the advertisement with a sale price and the statements made by "Hit The Quan" regarding needing "the car gone asap" are evidence that WILLIS and RUIZ were attempting to sell the stolen vehicle quickly, so as not to draw attention from law enforcement. Based on my training and experience, I know robbers and individuals involved in carjacking typically attempt to offload expensive stolen goods, such as vehicles, to liquidate the profits from the crime and to make it more difficult for law enforcement to trace the stolen goods back to the perpetrators.

Based on my review of police reports and records, the victim's identifications of RUIZ and WILLIS in six-pack photo arrays, review of photos of the suspects and comparison of them to suspect descriptions, as well as the contents of RUIZ's black iPhone obtained via court authorized search, I believe MARVIN GEOVANNY RUIZ and GEQUON WILLIS, did with the intent to cause death or serious bodily harm take a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce, that is, a 2022 Mercedes Benz Sports Utility Vehicle (SUV) with California license plate number 9AON586, from the person or presence of another by force and violence or by intimidation; in violation of Title 18, United States Code, Section 2119.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendants to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.